[Nos. 3337–6–III; 3734–7–III.   Division Three.   October 16, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DOUGLAS SMITH, *Appellant*.

*In the Matter of the Personal Restraint of* MICHAEL DOUGLAS SMITH, *Petitioner*.

Appeals from judgments of the Superior Court for Klickitat County, No. C–1749, Ted Kolbaba, J., entered December 20, 1978, and February 27, 1980. Judgment *affirmed,* personal restraint petition *dismissed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 4435–II.   Division Two.   October 17, 1980.]

LILLY L. LEACH, ET AL, *Appellants,* v. THE CITY OF SEATTLE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 840266, Norman B. Ackley, J., entered December 12, 1978. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.

[No. 7969–7–I.   Division One.   October 20, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD KAY WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89016, Herbert M. Stephens, J., entered August 23, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.